# Third District Court of Appeal

## State of Florida

Opinion filed March 13, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-2417
Lower Tribunal No. 14-25855
_____


**Jorge M. Negron,**
Appellant,

vs.

**Resolution Life Holdings, Inc.,
and Lincoln Benefit Life Co.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Arthur J. Morburger; Peter A. Cohen, for appellant.

Billbrough & Marks, P.A., and Geoffrey B. Marks, for appellee Lincoln Benefit Life Co.


Before EMAS, C.J., and LINDSEY, and HENDON, JJ.

PER CURIAM

Appellant Jorge M. Negron appeals the trial court's final judgment in favor of Appellee Lincoln Benefit Life Company following a bench trial. We find no error and affirm.

On appeal of a judgment entered after a bench trial, while the parties are entitled to *de novo* review of the trial court's legal rulings, an appellate court is bound by the trial court's findings of fact where the findings are supported by competent, substantial evidence. Tylinski v. Klein Auto., Inc., 90 So. 3d 870 (Fla. 3d DCA 2012) (citing Craigside, LLC v. GDC View, LLC, 74 So. 3d 1087 (Fla. 1st DCA 2011)). Furthermore, in an appeal from a bench trial, "the trial judge's findings of fact are clothed with a presumption of correctness on appeal, and these findings will not be disturbed unless the appellant can demonstrate that they are clearly erroneous." Universal Beverages Holdings, Inc. v. Merkin, 902 So. 2d 288, 290 (Fla. 3d DCA 2005).

Based on our review of the record, the trial judge's findings of fact are supported by competent, substantial evidence. Moreover, Appellant has not demonstrated that the trial judge's factual findings are clearly erroneous nor that there is any error in the trial court's application of the law to those findings.

Affirmed.